Order issued September 11, 2012



In The
# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-01065-CV

TRACY NIXON, Appellant

V.

ATTORNEY GENERAL, Appellee

## ORDER

The Court has before it appellant's August 29, 2012 application for temporary injunction for access to the law library in the Dallas County Jail. The Court **DENIES** the motion. The Court also has before it appellant's August 29, 2012 motion for extension of time to prepare and file brief. Because the clerk's record in this appeal has not yet been filed, appellant's brief is not yet due and the motion is **DENIED** as premature. Appellant's brief will be due thirty days after the filing of the clerk's record.



MOLLY FRANCIS
JUSTICE